THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br>MILLIMAN, INC.,<br><br>    Defendant. | CASE NO. C18-0754-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the filing deadline for Defendant Milliman, Inc.'s answer to Plaintiff's complaint (Dkt. No. 1). The parties' stipulate that Milliman, Inc. shall have until forty-five (45) days from the Court's order to file its answer. (Dkt. No. 16.) The Court hereby GRANTS the parties' stipulation. Milliman, Inc. shall file its answer on or before October 19, 2018.

DATED this 4th day of September 2018.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk