THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C18-0754-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MILLIMAN, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second stipulated motion to extend the deadline for Defendant's answer or response to Plaintiff's complaint (Dkt. No. 18). The parties stipulate that Defendant shall have an additional thirty-day extension to file its answer or response. (*Id.*) The Court herby GRANTS the parties' stipulation. Defendant shall answer or respond to Plaintiff's complaint on or before November 19, 2018. The status conference, currently set for November 6, 2018 at 9:00 a.m., is RESET to January 8, 2019 at 9:00 a.m.

DATED this 17th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0754-JCC
PAGE - 1