The Honorable John C. Coughenour

UNITED STATES DISCTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 2:18-cv-00754-JCC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| MILLIMAN, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE Plaintiff United States of America, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) dismissing this action without prejudice.

///

///

///

///

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

DATED this 9th day of November, 2018.

                                              Respectfully submitted,

                                              RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*s/ Yen Jeannette Tran*
YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3366 (v)
202-307-0054 (f)
y.jeannette.tran@usdoj.gov

Of Counsel:

ANNETTE L. HAYES
United States Attorney

*Attorneys for the United States of America*

Notice of Voluntary Dismissal
(Case No. 2:18-cv-00754-JCC)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2018, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

David G. Hanson (dhanson@reinhartlaw.com)
L. Katie Mason (kmason@reinhartlaw.com)
Malinda J. Eskra (meskra@reinhartlaw.com)
Daniel J. Velloth (dvelloth@williamskastner.com)
Rodney L. Umberger, Jr. (rumberger@williamskastner.com)
*Attorneys for Milliman, Inc.*

                                      *s/ Yen Jeannette Tran*
                                      YEN JEANNETTE TRAN
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice

Notice of Voluntary Dismissal
(Case No. 2:18-cv-00754-JCC)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366